*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 16-BG-581

IN RE: ROBERT GEOFFREY BRODERICK,
　　　　　　　　　　Respondent.

Bar Registration No. 1004403　　　　DDN: 133-16

FILED 9/1/16
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

BEFORE: Thompson, Associate Judge, and Newman and Pryor, Senior Judges.

## ORDER
(FILED - September 1, 2016)

On consideration of the certified order suspending respondent from the practice of law in the state of Connecticut for a period of one year, this court's July 7, 2016, order directing respondent to show cause why the functionally-equivalent reciprocal discipline of a one-year suspension with a fitness requirement should not be imposed, the statement of Disciplinary Counsel regarding reciprocal discipline, and it appearing that no response was filed to this court's show cause order but that respondent filed his D.C. Bar R. XI, §14 (g) affidavit August 7, 2016, it is

ORDERED that Robert Geoffrey Broderick is hereby suspended from the practice of law in the District of Columbia for a period of one year, *nunc pro tunc* to August 7, 2016, with reinstatement conditioned on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

## PER CURIAM